# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF
## GEORGIA ATLANTA DIVISION

MAKITA BRYANT,

     Plaintiff,

v.

C&M DEFENSE GROUP LLC,
CHARLES REEDY, JR., and
REGINALD DANIELS,

     Defendants.

Civil Action No.

  1:23-cv-05848-MHC

**JURY TRIAL
DEMANDED**

## DEFENDANTS C&M DEFENSE GROUP LLC and CHARLES REEDY ANSWER TO PLAINTIFF'S COLLECTIVE ACTION COMPLAINT

COMES NOW, Defendant C&M Defense Group LLC (hereinafter C&M) and Charles Reedy Jr., Defendants in the above styled action, files this their Answer and Affirmative Defenses to the Collective Action Complaint, pursuant to this Honorable Court's March 11, 2024 Order and the Federal Rules of Civil Procedure, showing the court as follows:

### FIRST DEFENSE
Plaintiffs' Complaint fails to state a claim upon which relief can be granted.

### SECOND DEFENSE
Some or all of Plaintiffs' claims, in whole or in part, may be barred by the applicable statute of limitations.

1

### THIRD DEFENSE

Some or all of Plaintiffs' claims may be barred by the doctrine of accord and satisfaction.

### FOURTH DEFENSE
### FIFTH DEFENSE

Some or all of Plaintiffs' claims may be subject to the defenses of set-off and recoupment.

### SIXTH DEFENSE

Some or all of Plaintiffs' claims may be barred by the de minimus doctrine.

### SEVENTH DEFENSE

As and for an additional defense, Defendants state that Defendants Charles Reedy and C& M are not "employers" under he Fair Labor Standards Act (the "FLSA").

### EIGHTH DEFENSE

As and for an additional defense, Defendants state that Defendant C &M paid to Plaintiffs all amounts due and owing during the applicable period pursuant to applicable law, including state and federal employment and labor laws.

### NINTH DEFENSE

As and for an additional defense, Defendants state that Defendant C&M compensated Plaintiffs in good faith on its reasonable belief that its method of compensation was lawful and in conformity with, and in reliance on, written administrative regulations, orders, ruling, or interpretations of the Administrator of the Wage and Hour Division of the Department of Labor, other federal agencies, or the courts.

### TENTH DEFENSE

As and for an additional defense, Defendants state that Plaintiffs are not entitled to recover any liquidated damages because any alleged acts or omissions by Defendants were undertaken or made in good faith, and Defendants had reasonable grounds for believing that their acts or omissions did not violate the FLSA.

### ELEVENTH DEFENSE

As and for an additional defense, Defendants state that Plaintiffs were properly paid for all time worked.

### TWELFTH DEFENSE

As and for an additional defense, Defendants state that Plaintiffs were employed by

Defendant Political Concepts as tipped employees and were notified in advance that Defendant Political Concepts elected to use the tip credit in order to bring Plaintiffs' hourly wages to the required minimum hourly rate.

## THIRTEENTH DEFENSE

As and for an additional defense, Defendants state that they did not act in bad faith or in willful violation of any law or regulation.

## FOURTEENTH DEFENSE

As and for an additional defense, Defendants state that this action cannot be maintained as a collective action because the requirements for such an action cannot be maintained under the facts pleaded or to be proved.

## FIFTEENTH DEFENSE

As and for an additional defense, Defendants state that this action cannot be maintained as a collective action because the allegations, facts and defenses relating to Plaintiffs and the purported collective action members, separately and individually, will not support a collective action.

## SIXTEENTH DEFENSE

As and for an additional defense, Defendants state that this action cannot be maintained as a collective action because Plaintiffs are not adequate representatives for the proposed collective action members.

## SEVENTEENTH DEFENSE

As and for an additional defense, Defendants state that the certification of this matter as a collective action will violate Defendants' constitutional rights to due process of law.

## EIGHTEENTH DEFENSE

Should the Court certify this matter as a collective action, Defendants reserve their rights to assert each of these defenses and affirmative defenses against each person filing a consent to join this action.

## NINTEENTH DEFENSE

Plaintiff's Complaint fails to state a claim for punitive damages against Defendants, and any such damages are prohibited under Georgia law; further, any such damages are limited in scope to $250,000.00, absent a showing of a specific intent to cause harm. Accordingly, Plaintiff's claim for punitive damages against Defendants

3

should be dismissed accordingly.

## TWENTIETH DEFENSE

Any award for alleged punitive damages against Defendants would violate Defendants' Constitutional rights under the due process clauses of the Fifth and Fourteenth Amendments of the United States Constitution, the excessive fines clause of the Eighth Amendment to the United States Constitution, the double jeopardy clause of the Fifth Amendment to the United States Constitution, and/or similar provisions in the applicable State of Georgia Constitution, or other applicable statutes and court rules.

## TWENTY FIRST DEFENSE

Any award for alleged punitive damages against Defendants would wrongfully violate the
equal protection rights of Defendants under the United States and Georgia Constitutions.

## TWENTY SECOND DEFENSE

Any award for alleged punitive damages against Defendants would wrongfully deprive Defendants of property without due process of law under the United States and Georgia Constitutions.

## TWENTY THIRD DEFENSE

Pending further investigation and discovery, Defendants reserve the right to assert all affirmative defenses available under the Federal Rules of Civil Procedure.

## TWENTY FOURTH DEFENSE

As and for an additional defense, Defendants respond to the specific numbered paragraphs of Plaintiffs' Complaint as follows:

## <u>ANSWER</u>

## <u>JURISDICTION  AND VENUE</u>

1. Allegations in Paragraph 1 are Admitted

2. Allegations in Paragraph 2 Denied to the extent that the state law claims

are unrelated to the Federal Claims.

4

3.    Allegations in Paragraph 3 Admitted in part and Denied in part. Admitted

to the allegations related to the FLSA claims but denied as to the state law

claims.

## PARTIES

4.    Allegations in Paragraph 4 Admitted.

5.    Allegations in Paragraph 5 Admitted.

6.    Allegations in Paragraph 6 are Denied as stated.

7.    Allegations in Paragraph 7 are Denied as stated.

8.    Allegations in Paragraph 8 Denied as stated.

9.    Allegations in Paragraph 9Admitted

10.    Allegations in Paragraph 10 Admitted

11.    Defendant is not without sufficient information to answer this question and therefore denies the same.

12.    Allegations in Paragraph 12 Admitted

13.    Allegations in Paragraph 13 Admitted

14.    Allegations in Paragraph 14 Admitted

15.    Allegations in Paragraph 15 Admitted as to Defendant C&M, Denied as to

Defendant Reedy.

16.    Allegations in Paragraph 16 are Admitted as to Defendant C&M, Denied as

to Defendant Reedy.

17.    Allegations in Paragraph 17 Admitted as to Defendant C&M, Denied as to

Defendant Reedy.

18.     Allegations in Paragraph 18 is Denied

19.     Admitted as to Defendant C&M, Denied as to Defendant Reedy.

20.     Admitted to the extent that Defendant Reedy was an employee of C&M and acted in that capacity.

21.     Defendant is without sufficient knowledge or information to form a belief as to the truth or falsity of the allegations contained in paragraph 21 of the complaint, and therefore denies them.

22.     Defendant is without sufficient knowledge or information to form a belief as to the truth or falsity of the allegations contained in paragraph 22 of the complaint, and therefore denies them.

23.     Defendant is without sufficient knowledge or information to form a belief as to the truth or falsity of the allegations contained in paragraph 23 of the complaint, and therefore denies them.

24.     Defendant is without sufficient knowledge or information to form a belief as to the truth or falsity of the allegations contained in paragraph 24 of the complaint, and therefore denies them.

25.     Defendant is without sufficient knowledge or information to form a belief as to the truth or falsity of the allegations contained in paragraph 25 of the complaint, and therefore denies them.

26.     Defendant is without sufficient knowledge or information to form a belief as

to the truth or falsity of the allegations contained in paragraph 26 of the complaint, and therefore denies them.

## ADMINISTRATIVE EXHAUSTION

27.    Defendant is without sufficient knowledge or information to form a belief as to the truth or falsity of the allegations contained in paragraph 26 of the complaint, and therefore denies them.

28.    Defendant Admits that allegations were made but Denies that any of the allegations made therein were true.

29.    Defendant Admits that allegations were made but Denies that any of the allegations made therein were true.

30.    Defendant Admits that allegations were made but Denies that any of the allegations made therein were true.

31.    Allegations in Paragraph 31 are Admitted.

32.    Allegations in Paragraph 32 are Admitted.

33.    Defendant Admits that Plaintiff did assert her title VII claim within 90 days of the NRTS decision but denies any title VII allegations.

## STATEMENT OF FACTS

34.    Allegations in Paragraph 34 are Admitted.

35. Allegations in Paragraph 35 are Denied

36. Allegations in Paragraph are Denied.

37. Allegations in Paragraph 37 are Denied as stated.

38. Allegations in Paragraph 38 are Denied as stated.

39. Allegations in Paragraph 39 are Admitted.

40. Allegations in Paragraph 40 are Admitted.

41. Allegations in Paragraph 41 are Denied as stated.

42. Allegations in Paragraph 42 are Denied as stated.

43. Allegations in Paragraph 43 are Denied.

44. Allegations in Paragraph 44 are Denied.

45. Allegations in Paragraph 45 are Denied.

46. Allegations in Paragraph 46 are Denied

47. Allegations in Paragraph 47 are Denied

48. Allegations in Paragraph 48 are Denied

49. Al Defendant is without sufficient knowledge or information to form a belief as to the truth or falsity of the allegations contained in paragraph 43 of the complaint, and therefore denies them.

50. Defendant is without sufficient knowledge or information to form a belief as to the truth or falsity of the allegations contained in paragraph 50 of the complaint, and therefore denies them.

9

51.    Defendant is without sufficient knowledge or information to form a belief as to the truth or falsity of the allegations contained in paragraph 51 of the complaint, and therefore denies them.

52.    Defendant is without sufficient knowledge or information to form a belief as to the truth or falsity of the allegations contained in paragraph 52 of the complaint, and therefore denies them.

53.    Defendant is without sufficient knowledge or information to form a belief as to the truth or falsity of the allegations contained in paragraph 53 of the complaint, and therefore denies them.

54.    Defendant is without sufficient knowledge or information to form a belief as to the truth or falsity of the allegations contained in paragraph 54 of the complaint, and therefore denies them.

55.    Defendant is without sufficient knowledge or information to form a belief as to the truth or falsity of the allegations contained in paragraph 55 of the complaint, and therefore denies them.

56.    Defendant is without sufficient knowledge or information to form a belief as to the truth or falsity of the allegations contained in paragraph 56 of the complaint, and therefore denies them.

57.    Defendant is without sufficient knowledge or information to form a belief as to the truth or falsity of the allegations contained in paragraph 57 of the complaint, and therefore denies them.

58.    Defendant is without sufficient knowledge or information to form a belief as to the truth or falsity of the allegations contained in paragraph 58 of the complaint, and therefore denies them.

59.    Defendant is without sufficient knowledge or information to form a belief as to the truth or falsity of the allegations contained in paragraph 59 of the complaint, and therefore denies them.

60.    Defendant is without sufficient knowledge or information to form a belief as to the truth or falsity of the allegations contained in paragraph 60 of the complaint, and therefore denies them.

61.    Defendant is without sufficient knowledge or information to form a belief as to the truth or falsity of the allegations contained in paragraph 61 of the complaint, and therefore denies them.

62.    Defendant is without sufficient knowledge or information to form a belief as to the truth or falsity of the allegations contained in paragraph 62 of the complaint, and therefore denies them.

63.    Defendant is without sufficient knowledge or information to form a belief as to the truth or falsity of the allegations contained in paragraph 63 of the complaint, and therefore denies them.

64.    Defendant is without sufficient knowledge or information to form a belief as to the truth or falsity of the allegations contained in paragraph 64 of the complaint, and therefore denies them.

65.    Defendant is without sufficient knowledge or information to form a belief as to the truth or falsity of the allegations contained in paragraph 65 of the complaint, and therefore denies them.

66.    Defendant is without sufficient knowledge or information to form a belief as to the truth or falsity of the allegations contained in paragraph 66 of the complaint, and therefore denies them.

67.    Defendant is without sufficient knowledge or information to form a belief as to the truth or falsity of the allegations contained in paragraph 67 of the complaint, and therefore denies them.

68.    Defendant is without sufficient knowledge or information to form a belief as to the truth or falsity of the allegations contained in paragraph 68 of the complaint, and therefore denies them.

69.    Defendant is without sufficient knowledge or information to form a belief as to the truth or falsity of the allegations contained in paragraph 69 of the complaint, and therefore denies them.

70.    Defendant is without sufficient knowledge or information to form a belief as to the truth or falsity of the allegations contained in paragraph 70 of the complaint, and therefore denies them.

71.    Defendant is without sufficient knowledge or information to form a belief as to the truth or falsity of the allegations contained in paragraph 71 of the complaint, and therefore denies them.

72.     Defendant is without sufficient knowledge or information to form a belief as to the truth or falsity of the allegations contained in paragraph 72 of the complaint, and therefore denies them.

73.     Defendant is without sufficient knowledge or information to form a belief as to the truth or falsity of the allegations contained in paragraph 73 of the complaint, and therefore denies them

74.     Defendant is without sufficient knowledge or information to form a belief as to the truth or falsity of the allegations contained in paragraph 74 of the complaint, and therefore denies them.

75.     Defendant is without sufficient knowledge or information to form a belief as to the truth or falsity of the allegations contained in paragraph 75 of the complaint, and therefore denies them.

76.     Defendant is without sufficient knowledge or information to form a belief as to the truth or falsity of the allegations contained in paragraph 76 of the complaint, and therefore denies them.

77.     Defendant is without sufficient knowledge or information to form a belief as to the truth or falsity of the allegations contained in paragraph 77 of the complaint, and therefore denies them.

78.     Defendant is without sufficient knowledge or information to form a belief as to the truth or falsity of the allegations contained in paragraph 78 of the complaint, and therefore denies them.

79.     Defendant is without sufficient knowledge or information to form a belief as to the truth or falsity of the allegations contained in paragraph 79 of the complaint, and therefore denies them.

80.     Defendant is without sufficient knowledge or information to form a belief as to the truth or falsity of the allegations contained in paragraph 80 of the complaint, and therefore denies them.

81.     Defendant is without sufficient knowledge or information to form a belief as to the truth or falsity of the allegations contained in paragraph 81 of the complaint, and therefore denies them

82.     Defendant is without sufficient knowledge or information to form a belief as to the truth or falsity of the allegations contained in paragraph 82 of the complaint, and therefore denies them.

83.     Defendant is without sufficient knowledge or information to form a belief as to the truth or falsity of the allegations contained in paragraph 83 of the complaint, and therefore denies them.

84.     Defendant is without sufficient knowledge or information to form a belief as to the truth or falsity of the allegations contained in paragraph 84 of the complaint, and therefore denies them.

85.     Defendant is without sufficient knowledge or information to form a belief as to the truth or falsity of the allegations contained in paragraph 85 of the complaint, and therefore denies them.

86.     Defendant is without sufficient knowledge or information to form a belief as to the truth or falsity of the allegations contained in paragraph 86 of the complaint, and therefore denies them.

87.     Defendant is without sufficient knowledge or information to form a belief as to the truth or falsity of the allegations contained in paragraph 87 of the complaint, and therefore denies them.

88.     Defendant is without sufficient knowledge or information to form a belief as to the truth or falsity of the allegations contained in paragraph 88 of the complaint, and therefore denies them.

89.     Defendant is without sufficient knowledge or information to form a belief as to the truth or falsity of the allegations contained in paragraph 89 of the complaint, and therefore denies them.

90.     Allegations in Paragraph 90 are Admitted.

91.      Allegations in Paragraph 91 are Denied

92.      Allegations in Paragraph 92 are Admitted.

93.     Allegations in Paragraph 93 are Denied.

94.      Allegations in Paragraph 94 are Denied.

95.     Allegations in Paragraph 95 are Denied.

96.     Allegations in Paragraph 96 are Denied.

97.     Allegations in Paragraph 97 are Denied.

98.     Allegations in Paragraph 98 are Denied.

99.     Allegations in Paragraph 99 are Admitted.

100.    Allegations in Paragraph 100 are Admitted

101.    Allegations in Paragraph 101 are Admitted.

102.    Allegations in Paragraph 102 are Admitted.

103.    Allegations in Paragraph 103 are Admitted.

104.    Allegations in Paragraph 104 are Denied.

105.    Allegations in Paragraph 105  are Denied.

106.    Allegations in Paragraph 106 are Denied.

107.    Allegations in Paragraph 107 are Denied

108.    Allegations in Paragraph 108are Denied

109.    Allegations in Paragraph 109 are Denied

110.    Allegations in Paragraph 110 are Denied.

111.    Allegations in Paragraph 111 are Denied.

112.    Allegations in Paragraph 112 are Denied.

113.    Allegations in Paragraph 113 are Denied.

114.    Allegations in Paragraph 114 are Denied.
115.    Allegations in Paragraph 115 are Denied.

116.    Allegations in Paragraph 116 are Denied.

117.    Allegations in Paragraph 117 are Admitted

118.    Allegations in Paragraph 118 are Denied as stated.

119.    Defendant is without sufficient knowledge or information to form a belief as

to the truth or falsity of the allegations contained in paragraph 119 of the complaint, and therefore denies them.

120. Allegations in Paragraph 120 are Denied.

121. Allegations in Paragraph 121 are Denied.

122. Allegations in Paragraph 122 are Denied.

123. Allegations in Paragraph 123 are Denied.

124. Allegations in Paragraph 124 are Denied.

125. Allegations in Paragraph 125 are Denied.

126. Allegations in Paragraph 126 are Admitted.

127. Allegations in Paragraph 127 are Admitted.

128. Allegations in Paragraph 128 are Admitted.

129. Allegations in Paragraph 129 are Admitted.

130. Allegations in Paragraph 130 are Admitted.

131. Allegations in Paragraph 131 are Admitted.

132. Allegations in Paragraph 132 are Admitted.

133. Allegations in Paragraph 133 are Admitted.

134. Allegations in Paragraph 134 are Denied.

135. Allegations in Paragraph 135 are Denied.

136. Allegations in Paragraph 136 are admitted to the extent that the EEOC issued the Letter if Determination, but denies all the allegations made in the EEOC Letter if Determination.

## COUNT I
### Willful Failure to Pay Overtime Wages In Violation of the FLSA
### (Individual FLSA Claim Against Defendant C&M and Defendant Reedy)

137.  Allegations in Paragraph 137 are Admitted in Part and Denied in Part.

138.  Allegations in Paragraph 138 are Denied.

139.  Allegations in Paragraph 139 are Admitted.

140.  Allegations in Paragraph 140 are Denied.

141.  Allegations in Paragraph 141 are Denied as stated.

142.  Allegations in Paragraph 142 are Denied.

143.  Admitted as to C&M but Denied as to Defendant Reedy in his individual Capacity.

144.  Allegations in Paragraph 144 are Denied

145.  Allegations in Paragraph 145 are Admitted as to what the FLSA states but denies that Defendant C&M and Reedy violated any of those provisions.

146.  Allegations in Paragraph 146 are Denied.

147.  Allegations in Paragraph 147 are Denied.

148.  Allegations in Paragraph 148 are Denied.

149.  Allegations in Paragraph 149 are Denied

150.  Allegations in Paragraph 150 are Denied

## COUNT II
### Hostile Work Environment Based on Sex in Violation of Title VII
### (Against Defendants C&M and GSM)

18

151.   Allegations in Paragraph 151 are Denied.

152.   Allegations in Paragraph 151 are Denied.

153.   Allegations in Paragraph 133 are Denied.

154.   Allegations in Paragraph 154 are Denied

155.   Allegations in Paragraph 135 are Denied.

156.   Allegations in Paragraph 156 are Denied.

## COUNT III
### "Quid Pro Quo" Sexual Harassment in Violation of Title VII
**(Against Defendants C&M and GSM)**

157.   Allegations in Paragraph 157 are Denied.

158.   Allegations in Paragraph 158 are Denied.

159.   Allegations in Paragraph 159 are Denied.

160.   Allegations in Paragraph 160 are Denied.

161.   Allegations in Paragraph 161 are Denied.

162.   Allegations in Paragraph 162 are Denied.

163.   Allegations in Paragraph 163 are Denied.

164.   Allegations in Paragraph 164 are Denied.

## COUNT IV
### Sex Discrimination in Violation of Title VII
**(Against Defendants C&M and GSM)**

165.   Allegations in Paragraph 165 are Denied.

166.   Allegations in Paragraph 166 are Denied.

167.   Allegations in Paragraph 167 are Denied.

168.   Allegations in Paragraph 168 are Denied.

169.   Allegations in Paragraph 169 are Denied.

170.   Allegations in Paragraph 170 are Denied

171.   Allegations in Paragraph 171 are Denied

## COUNT V
## <u>Retaliation in Violation of Title VII</u>
## (Against Defendants C&M and GSM)

172.   Allegations in Paragraph 172 are Denied

173.   Allegations in Paragraph 173 are Denied

174.   Allegations in Paragraph 174 are Denied

175.   Allegations in Paragraph 175 are Denied.

176.   Allegations in Paragraph 176 are Denied.

177.   Allegations in Paragraph 177 are Denied.

178.   Allegations in Paragraph 178 are Denied.

179.   Allegations in Paragraph 179 are Denied.

180.   Allegations in Paragraph 180 are Denied.

## COUNT VI
## <u>Negligent Failure to Prevent Sexual Harassment</u>
## (Against Defendant C&M)

181.   Admitted to the extent that Defendant C&M in fact did provide a workplace free of sexual harassment.

182.   Allegations in Paragraph 182 are Denied.

183. Allegations in Paragraph 183 are Denied.
184. Allegations in Paragraph 184 are Denied.

185. Allegations in Paragraph 185 are Denied.

186. Allegations in Paragraph 186 are Denied.

187. Allegations in Paragraph 187 are Denied.

188. Allegations in Paragraph 188 are Denied.

189. Allegations in Paragraph 189 are Denied.

## COUNT IV
### Negligent and Wrongful Hiring and Supervision
### (Against Defendant C&M)

190. Allegations in Paragraph 190 are Denied.

191. Allegations in Paragraph 191 are Denied.

192. Allegations in Paragraph 192 are Denied.

193. Allegations in Paragraph 193 are Denied.

194. Allegations in Paragraph 194 are Denied.

195. Allegations in Paragraph 195 are Denied.

196. Allegations in Paragraph 196 are Denied.

197. Allegations in Paragraph 197 are Denied

## COUNT V
### Civil Battery
### (Against Defendant Daniels)

198. Defendant is without sufficient knowledge or information to form a belief as to the truth or falsity of the allegations contained in paragraph 157 of the complaint, and

21

therefore denies them.

199.   Defendant is without sufficient knowledge or information to form a belief as to the truth or falsity of the allegations contained in paragraph 199 of the complaint, and therefor denies them.

200.   Defendant is without sufficient knowledge or information to form a belief as to the truth or falsity of the allegations contained in paragraph 200 of the complaint, and therefor denies them.

201.   Defendant is without sufficient knowledge or information to form a belief as to the truth or falsity of the allegations contained in paragraph 201 of the complaint, and therefor denies them.

202.   Defendant is without sufficient knowledge or information to form a belief as to the truth or falsity of the allegations contained in paragraph 202 of the complaint, and therefor denies them.

203.   Defendant is without sufficient knowledge or information to form a belief as to the truth or falsity of the allegations contained in paragraph 203 of the complaint, and therefor denies them.

204.   Defendant is without sufficient knowledge or information to form a belief as to the truth or falsity of the allegations contained in paragraph 204 of the complaint, and therefor denies them.

## COUNT VI
### Civil Assault (Against Defendant Daniels)

205.   Defendant is without sufficient knowledge or information to form a belief as

to the truth or falsity of the allegations contained in paragraph 205 of the complaint,

and therefor denies them.

206.   Defendant is without sufficient knowledge or information to form a belief as

to the truth or falsity of the allegations contained in paragraph 206 of the complaint,

and therefor denies them.

207.   Defendant is without sufficient knowledge or information to form a belief as

to the truth or falsity of the allegations contained in paragraph 207 of the complaint,

and therefor denies them.

208.   Defendant is without sufficient knowledge or information to form a belief as

to the truth or falsity of the allegations contained in paragraph 208 of the complaint,

and therefor denies them.

209.   Defendant is without sufficient knowledge or information to form a belief as

to the truth or falsity of the allegations contained in paragraph 209 of the complaint,

and therefor denies them.

210.   Defendant is without sufficient knowledge or information to form a belief as

to the truth or falsity of the allegations contained in paragraph 210 of the complaint,

and therefor denies them.

211.   Defendant is without sufficient knowledge or information to form a belief as

to the truth or falsity of the allegations contained in paragraph 211 of the complaint, and therefor denies them.

## COUNT VII
### False Imprisonment Pursuant to O.C.G.A. § 51-7-20
### (Against Defendant Daniels)

212. Defendant is without sufficient knowledge or information to form a belief as to the truth or falsity of the allegations contained in paragraph 212 of the complaint, and therefor denies them.

213. Defendant is without sufficient knowledge or information to form a belief as to the truth or falsity of the allegations contained in paragraph 213 of the complaint, and therefor denies them.

214. Defendant is without sufficient knowledge or information to form a belief as to the truth or falsity of the allegations contained in paragraph 214 of the complaint, and therefor denies them.

215. Defendant is without sufficient knowledge or information to form a belief as to the truth or falsity of the allegations contained in paragraph 215 of the complaint, and therefor denies them.

## COUNT VIII
### Conversion Pursuant to O.C.G.A. § 51-10-1
### (Against Defendant C&M, Reedy, and GSM)

216. Allegations in Paragraph 216 are Denied.

217. Allegations in Paragraph 217 are Denied.

218. Allegations in Paragraph 218 are Denied.

219. Allegations in Paragraph 219 are Denied.

220. Allegations in Paragraph 220 are Denied.

221. Allegations in Paragraph 221 are Denied.

222. Allegations in Paragraph 222 are Denied.

223. Allegations in Paragraph 223 are Denied.

224. Allegations in Paragraph 224 are Denied.

225. Allegations in Paragraph 225 are Denied.

226. Allegations in Paragraph 226 are Denied.

## COUNT IX
### Trespass to Chattel Pursuant to O.C.G.A. § 51-1-3
### (Against Defendant C&M and Defendant Reedy)

227. Defendant is without sufficient knowledge or information to form a belief as to the truth or falsity of the allegations contained in paragraph 227 of the complaint, and therefor denies them.

228. Allegations in Paragraph 228 are Denied.

229. Allegations in Paragraph 229 are Denied.

230. Allegations in Paragraph 230 are Denied.

231. Allegations in Paragraph 231 are Denied.

## COUNT X
### Intentional Infliction of Emotional Distress
### (Against All Defendants)

232. Allegations in Paragraph 232 are Denied.

25

233.   Allegations in Paragraph 233 are Denied.

234.   Allegations in Paragraph 234 are Denied.

235.   Allegations in Paragraph 235 are Denied.

236.   Allegations in Paragraph 236 are Denied.

237.   Allegations in Paragraph 237 are Denied.

238.   Allegations in Paragraph 238 are Denied.

239.   Allegations in Paragraph 239 are Denied.

240.   Allegations in Paragraph 240 are Denied.

241.   Allegations in Paragraph 241 are Denied.

242.   Allegations in Paragraph 242 are Denied.

## COUNT XI
### Punitive Damages Pursuant to O.C.G.A. § 51-12-5.1
### (Against All Defendants)

243.   Allegations in Paragraph 243 are Denied.

244.   Allegations in Paragraph 244 are Denied.

245.   Allegations in Paragraph 245 are Denied.

246.   Allegations in Paragraph 246 are Denied.

## COUNT XII
### Expenses of Litigation Pursuant to O.C.G.A. § 13-6-11
### (Against All Defendants)

247.   Allegations in Paragraph 202care Denied.

248.   Allegations in Paragraph 203 are Denied.

249.   Allegations in Paragraph 249 are Denied.

WHEREFORE having fully responded to Plaintiffs' Complaint, Defendants respectfully pray that Plaintiffs' Complaint be dismissed in its entirety, that Defendants be awarded all costs and expenses, including attorney's fees incurred in the defense of this action, and that they receive such other and further relief as this Court deems just and proper.

This 28th day of February 2025

Respectfully Submitted,

Caleb Avraham
Attorney for Defendant
Ga. Bar No. 814692

27

## <u>CERTIFICATE OF COUNSEL</u>

Pursuant to Local Rule 7.1(D), I hereby certify that I have prepared the foregoing ANSWER AND AFFIRMATIVE DEFENSES in compliance with Local Rule 5.1 in Times New Roman 14-point font.

This 28th day of February, 2025

CALEB AVRAHAM
Georgia Bar No. 814692
Counsel for Defendants for
C&M Defense Group Llc,
GSM and
Charles Reedy, Jr.,


THE LAWOFFICES OF CALEB AVRAHAM, LLC
3101 Cobb Pkwy SE, Suite 124
Atlanta, GA 30339
(p)202-360-3522
(f)470-393-9263

## CERTIFICATE OF SERVICE

HEREBY CERTIFY that a true and correct copy of the foregoing DEFENDANT C&M DEFENSE GROUP LLC, GSM and CHARLES REEDY ANSWER TO SECOND AMENEDED COMPLAINT  has been filed by Statutory Efile and/or United States mail with adequate postage thereon, upon the following:

Grace Starling
RADFORD SCOTT LLP
160 Clairemont Avenue, Suite 610
Decatur, Georgia 30030
Telephone: 678.780.4880
Facsimile: 478.575.2590
jscott@radfordscott.com gstarling@radfordscott.com

This the 13th Day of May , 2024.

Respectfully Submitted,

Caleb Avraham
Attorney for Defendant
Ga. Bar No. 814692

**THE LAW OFFICES OF CALEB AVRAHAM, LLC**
3101 Cobb Pkwy SE, Suite 124
Atlanta, GA 30339
(p)202-360-3522
(f)470-393-9263

29