IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

FILED IN CLERK'S OFFICE
S.D.C. - Atlanta

JAN 14 2026

KEVIN P. WEIMER, Clerk
By: _____ Deputy Clerk

MAKITA BRYANT,

    Plaintiff,

v.

C&M DEFENSE GROUP LLC,
CHARLES REEDY, JR., and
GLOBAL SECURITY
MANAGEMENT TEAM LLC,

    Defendants.

Civil Action No.
1:23-cv-05848-AWH

**JURY TRIAL DEMANDED**

## VERDICT FORM

**SECTION ONE (1):**

**Negligence**

1. How much should Ms. Bryant be awarded in damages to compensate for emotional pain and mental anguish resulting from Defendants C&M Defense Group LLC and Global Security Management Team LLC's negligence in failing to prevent the sexual harassment, battery, and assault to which Ms. Bryant was subjected?

    What amount?   $ 472,800

After completing this Section, go to Section 2.

## SECTION TWO (2):

### Title VII – Hostile Work Environment

1. How much should Ms. Bryant be awarded in damages to compensate for emotional pain and mental anguish resulting from the hostile work environment?

   What amount?   $ 234,240

After completing Question 1, go to Question 2 in this Section.

**Do you find from a preponderance of the evidence:**

2. That punitive damages should be assessed against Defendants C&M Defense Group LLC and Global Security Management Team LLC?

   Answer Yes or No   YES

After completing this Section, go to Section 3.

2

## SECTION THREE (3):

**Title VII – Damages for Termination**

1. How much should Ms. Bryant be awarded in damages to compensate for emotional pain and mental anguish resulting from Defendants C&M Defense Group LLC and Global Security Management Team LLC's retaliation and discrimination?

    What amount?   $ _302,605_

After completing Question 1, go to Question 2 in this Section.

**Do you find from a preponderance of the evidence:**

2. That punitive damages should be assessed against Defendant C&M Defense Group LLC and Global Security Management Team LLC?

    Answer Yes or No   _YES_

After completing this Section, go to Section 4.

## SECTION FOUR (4):

**Intentional Infliction of Emotional Distress**

1. How much should Ms. Bryant be awarded in damages to compensate for emotional distress resulting from Defendants' intentional infliction of emotional distress?

    What amount?   $ 560,807

After completing this Section, go to Section 5.

## SECTION FIVE (5):

**Conversion**

1. How much should Ms. Bryant be awarded in damages for the conversion of the property?

    What amount?   $ 10,000

SO SAY WE ALL,

*Daniel Myers*
Foreperson's Signature

1-14-26
DATE