IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

MAKITA BRYANT,

    Plaintiff,

v.

C&M DEFENSE GROUP LLC, CHARLES REEDY, JR., and GLOBAL SECURITY MANAGEMENT TEAM LLC,

    Defendants.

Civil Action No. 1:23-cv-05848-AWH

**JURY TRIAL DEMANDED**

## VERDICT FORM—PHASE II

### SECTION ONE (1):

**Negligence**

1. In what amount should punitive damages be awarded against Defendants C&M Defense Group LLC and Global Security Management Team LLC:

    What amount?  $ 1,000,000

After completing this Section, go to Section 2.

### SECTION TWO (2):

**Title VII – Hostile Work Environment**

1. In what amount should punitive damages be awarded against Defendants C&M Defense Group LLC and Global Security Management Team LLC:

    What amount?  $ 100,000

After completing this Section, go to Section 3.

1

## SECTION THREE (3):

### Title VII – Damages for Termination

1. In what amount should punitive damages be awarded against Defendants C&M Defense Group LLC and Global Security Management Team LLC:

    What amount?   $ 100,000

After completing this Section, go to Section 4.

## SECTION FOUR (4):

### Intentional Infliction of Emotional Distress

1. In what amount should punitive damages be awarded against Defendants C&M Defense Group LLC and Global Security Management Team LLC:

    What amount?   $ 1,000,000

2. In what amount should punitive damages be awarded against Defendant Charles Reedy:

    What amount?   $ 1,000,000

After completing this Section, go to Section 5.

## SECTION FIVE (5):

**Conversion**

1. In what amount should punitive damages be awarded against Defendants C&M Defense Group LLC and Global Security Management Team LLC:

    What amount?  $ 10,000

2. In what amount should punitive damages be awarded against Defendant Charles Reedy:

    What amount?  $ 750,000

SO SAY WE ALL,

*[signature]*
Foreperson's Signature

1-14-26
DATE