FILED IN CHAMBERS
U.S.D.C ATLANTA

Date: Jan 16 2026

KEVIN P. WEIMER, Clerk

By: Christina Klimenko
Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| MAKITA BRYANT, | : |
| Plaintiff, | : |
| v. | : CIVIL ACTION FILE NO.: |
| | : 1:23-CV-5848-AWH |
| C&M DEFENSE GROUP, LLC, | : |
| CHARLES REEDY, JR., and | : |
| GLOBAL SECURITY | : |
| MANAGEMENT TEAM, LLC, | : |
| Defendants. | : |

## JUDGMENT

This action came before the court for a trial by jury. The issues have been tried and the jury has rendered its verdict in favor of the Plaintiff and against the Defendants.

Judgment is hereby entered against defendants C&M Defense Group LLC and Global Security Management Team, LLC in the amount of $1,009,645.00 to compensate for emotional pain and mental anguish caused by negligence, a hostile work environment, retaliation and discrimination, against all defendants in the amount of $560,807.00 to compensate for the intentional infliction of emotional distress, against all defendants in the amount of $10,000.00 to compensate for the conversion of property, as well as punitive damages against defendants C&M Defense Group, LLC and Global Security Management Team, LLC in amount of $1,200,000.00 to compensate for negligence, hostile work environment, and

termination; punitive damages against defendants C&M Defense Group, LLC, and Global Security Management Team, LLC in the amount of $1,000,000.00 to compensate for the intentional infliction of emotional distress; punitive damages against defendant Charles Reedy, Jr. in the amount of $1,000.000.00 to compensate for the intentional infliction of emotional distress; punitive damages against defendants C&M Defense Group, LLC and Global Security Management Team, LLC in the amount of $10,000 for the conversion of property; and punitive damages against defendant Charles Reedy, Jr. in the amount of $750,000.00 to compensate for the conversion of property, all in the total amount of $5,540,452.00, plus costs and interest at the legal rate from the date of this judgment to the date payment made in full.

          KEVIN P. WEIMER,  Clerk

          By  /s/Christina Klimenko
                Deputy Clerk